IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01106-PAB-CBS

OTTER PRODUCTS, LLC., a Colorado Limited Liability Company,

    Plaintiff,

v.

A.G. FINDINGS AND MFG. CO., INC., d/b/a Ballistic,
GRIFFIN TECHNOLOGY, INC.,
HARDCANDY CASES LLC, d/b/a Gumdrop LLC, and
AFC TRIDENT, INC.,

    Defendants.

## ORDER

This matter is before the Court on the Notice of Stipulation of Dismissal [Docket No. 45] filed by plaintiff. In the Notice, plaintiff represents that it and defendant A.G. Findings and Mfg. Co., Inc. ("A.G. Findings") request that the Court enter an order dismissing plaintiff's claims against A.G. Findings. *See* Docket No. 45 at 1. It is

**ORDERED** that the Notice of Stipulation of Dismissal [Docket No. 45], which the Court construes as an unopposed motion to dismiss, is GRANTED. Plaintiff's claim against A.G. Findings is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED October 18, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge