IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01106-PAB-CBS

OTTER PRODUCTS, LLC., a Colorado Limited Liability Company,

    Plaintiff,

v.

GRIFFIN TECHNOLOGY, INC.,
HARDCANDY CASES LLC, d/b/a Gumdrop LLC, and
AFC TRIDENT, INC.,

    Defendants.

## ORDER

This matter is before the Court on the Joint Motion to Dismiss [Docket No. 48] filed by plaintiff and defendant AFC Trident, Inc.  The Court having reviewed the motion, it is

**ORDERED** that the Joint Motion to Dismiss [Docket No. 48] is GRANTED.  All claims by and against AFC Trident, Inc. are dismissed with prejudice.

DATED November 28, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge