IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01106-PAB-CBS

OTTER PRODUCTS, LLC., a Colorado Limited Liability Company,

    Plaintiff,

v.

GRIFFIN TECHNOLOGY, INC., and
HARDCANDY CASES LLC, d/b/a Gumdrop LLC,

    Defendants.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

This matter is before the Court on the parties' Joint Motion to Administratively Close Case Pursuant to Local Rule 41.2 [Docket No. 55]. The parties request that the Court administratively close this case pending the outcome of a parallel action before the United States International Trade Commission. The Court being fully apprised of the motion's premises, it is

**ORDERED** that this case shall be administratively closed pursuant to D.C.COLO.LCivR 41.2. In the absence of a request to reopen the case or extend the administrative closure, this matter will be dismissed in its entirety on or after November 30, 2012.

DATED March 12, 2012.

                                                                   BY THE COURT:

                                                                   s/Philip A. Brimmer
                                                                   PHILIP A. BRIMMER
                                                                   United States District Judge